IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY STREET SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEDI TECHNOLOGIES, INC. <br><br> Defendant. | Case No. 1:20-cv-04539 (CM) <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2020

Defendant Jedi Technologies, Inc. ("Jedi") respectfully withdraws its Motion to Dismiss, ECF Nos. 17-19, and states as follows:

After Perry filed its original Complaint, ECF Nos. 1 and 6, Jedi sent a letter to Perry explaining that Perry's complaint was fatally deficient under the Supreme Court's *Twombly* and *Iqbal* decisions and requesting that Perry voluntarily amend its Complaint so that the parties could resolve the issue without burdening the Court with motion practice. ECF No. 19-4, June 25, 2020 letter from Jedi to Perry. Perry responded to Jedi by sending a letter in which it refused to amend its complaint. ECF No. 19-5, June 26, 2020 letter from Perry to Jedi. On July 10, 2020, Jedi filed a motion to dismiss Perry's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF Nos. 17-19. On July 24, 2020, Perry filed a First Amended Declaratory Judgment Complaint, ECF No. 21, and responded to Jedi's motion, stating that it had amended its Complaint once as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). ECF No. 22, Perry's Resp.

In view of Perry's amended Complaint, ECF No. 21, Jedi withdraws its Motion to Dismiss, Docket Nos. 17-19, reserving all rights to answer or otherwise respond to the amended Complaint.

MEMO ENDORSED

8/20/2020

Motion at doc. #17 is hereby withdrawn. Please terminate motion.

*[signature]*

1

Dated: July 29, 2020          Respectfully submitted,

                 /s Brian E. Haan
                 Brian E. Haan (*admitted pro hac vice*)
                 bhaan@leesheikh.com
                 Ashley E. LaValley (*admitted pro hac vice*)
                 alavalley@leesheikh.com
                 Dragan Gjorgiev (*admitted pro hac vice*)
                 dgjorgiev@leesheikh.com

                 LEE SHEIKH MEGLEY & HAAN LLC
                 111 West Jackson Boulevard, Suite 2230
                 Chicago, IL 60604
                 312-982-0070

                 *Attorneys for Defendant, Jedi Technologies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2020 the foregoing:

**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing to the following counsel of record:

Brett Charhon
bchargon@ccrglaw.com
Steven Callahan
scallahan@ccrglaw.com
CHARHON CALLAHAN ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas 75219

*Counsel for Plaintiff Perry Street Software, Inc.*


*/s Brian E. Haan*
LEE SHEIKH MEGLEY & HAAN
***Counsel for Jedi Technologies, Inc.***