IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Perry Street Software, Inc.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Jedi Technologies, Inc.,**<br><br>**Defendant.** | **Civil Action No. 1:20-cv-04539** |

**NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY THE CASE**

**PLEASE TAKE NOTICE** that Plaintiff Perry Street Software, Inc. ("Perry"), upon the accompanying Memorandum of Law and declarations and exhibits attached thereto, will, and hereby does, move this Court, before the Honorable Chief Judge Colleen McMahon, U.S.D.J., at the United State District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*., compelling Defendant Jedi Technologies. Inc. to arbitrate its claims against Perry in this action, to stay this action pending completion of the arbitration proceedings, and awarding Perry such further relief as the Court may deem just and proper.

Dated: September 21, 2020        Respectfully submitted,

*[signature]*

STEVEN CALLAHAN*
  scallahan@ccrglaw.com
BRETT CHARHON
  New York State Bar No. 4770731
  bcharhon@ccrglaw.com
MITCHELL SIBLEY*
  msibley@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Admitted *pro hac vice*

*Counsel for Plaintiff Perry Street Software, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he met and conferred with Jedi's counsel by telephone on September 4, 2020, and that Jedi is opposed to the relief requested in the foregoing motion.

*[signature]*

STEVEN CALLAHAN

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed on September 21, 2020 using the Court's ECF system which will send a Notice of Electronic Filing to Jedi's counsel of record.

*[signature]*

STEVEN CALLAHAN