IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Perry Street Software, Inc.,

    Plaintiff,

v.

Jedi Technologies, Inc.,

    Defendant.

MEMO ENDORSED

Civil Action No. 1:20-cv-04539

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2020

### PLAINTIFF'S NOTICE OF MOTION TO STAY CASE PENDING RESOLUTION OF ITS MOTION TO COMPEL ARBITRATION AND STAY THE CASE

**PLEASE TAKE NOTICE** that Plaintiff Perry Street Software, Inc. ("Perry"), upon the accompanying Memorandum of Law, moves this Court, before the Honorable Chief Judge Colleen McMahon, U.S.D.J., at the United State District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York 10007, at a date and time to be set by the Court, pursuant to Federal Rule of Civil Procedure 26(c), the Court's inherent power to control its docket, and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, for a stay of the case pending the Court's resolution of Perry's Motion To Compel Arbitration And Stay The Case (ECF No. 37), and awarding Perry such further relief as the Court may deem just and proper.

*[Handwritten endorsement: 10/13/2020 — Your motion is being decided this week. An opinion is in draft.]*

1

Dated: October 8, 2020

Respectfully submitted,

*[signature]*

STEVEN CALLAHAN
 scallahan@ccrglaw.com
BRETT CHARHON
 New York State Bar No. 4770731
 bcharhon@ccrglaw.com
MITCHELL SIBLEY
 msibley@ccrglaw.com
**CHARHON CALLAHAN
ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Plaintiff Perry Street Software, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that he met and conferred with Jedi's counsel by telephone on September 4, 2020, and that Jedi is opposed to the relief requested in the foregoing motion.

*[signature]*

STEVEN CALLAHAN

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed on October 8, 2020 using the Court's ECF system which will send a Notice of Electronic Filing to Jedi's counsel of record.

*[signature]*

STEVEN CALLAHAN