UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Perry Street Software, Inc.

                     Plaintiff,

      -against-

Jedi Technologies, Inc.

                     Defendant.
------------------------------------------------------

Case No. 1:20-cv-04539(CM)

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Steven Chase Callahan**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __24053122____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✔] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
    FIRM NAME: McKool Smith, P.C.
    FIRM ADDRESS: 300 Crescent Court, Ste. 1500, Dallas, TX 75201
    FIRM TELEPHONE NUMBER: (214) 978-4000
    FIRM FAX NUMBER: (214) 978-4044

NEW FIRM:
    FIRM NAME: Charhon Callahan Robson & Garza, PLLC
    FIRM ADDRESS: 3333 Lee Parkway, Ste. 460, Dallas, TX 75219
    FIRM TELEPHONE NUMBER: (214) 521-6400
    FIRM FAX NUMBER: (214) 764-8392

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/16/20

                                              ATTORNEY'S SIGNATURE