
# LEE SHEIKH MEGLEY & HAAN

111 West Jackson Boulevard, Suite 2230
Chicago, Illinois 60604

(312) 982-0070

www.leesheikh.com

Ashley E. LaValley
Direct Dial: (312) 982-0068

alavalley@leesheikh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020

November 12, 2020

The Honorable Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

OK—

[signature] Colleen McMahon
11/12/2020

Re:   *Perry Street Software, Inc. v. Jedi Technologies, Inc.*
      Civil Action No. 1:20-cv-04539(CM)

Dear Judge McMahon:

Jedi Technologies, Inc. ("Jedi") hereby makes application to this Court that certain information be filed and maintained under seal.

Contemporaneously with this letter, Jedi filed its *Notice Of Submission Of Deposition Transcript Of Brian Haan In Support Of Defendant Jedi Technologies, Inc.'s Motion For A Permanent Injunction Enjoining Or Staying Arbitration*, as well as a redacted transcript of the November 6, 2020 deposition of Brian E. Haan. Docket No. 60.

The deposition transcript is redacted in part at pages 30-31 to protect personally identifiable information of Mr. Haan, specifically, a list of his personal email addresses, which have been designated *Confidential* under the Stipulation and Confidentiality Order, Docket No. 59.

Jedi makes application to this Court to seal the unredacted copy of the transcript of the November 6, 2020 deposition of Brian E. Haan, filed herewith pursuant to the Court's Individual Practices and Procedures, Section V.A. Sealing of this unredacted document is necessary because it constitutes personally identifiable information of Mr. Haan, the disclosure of which could be used to electronically hack, harass or otherwise harm Mr. Haan and, as such, is designated *Confidential* under the Stipulation and Confidentiality Order, Docket No. 59.

Accordingly, Jedi respectfully requests that the Court grant Jedi's request to seal an unredacted copy of the transcript of the November 6, 2020 deposition of Brian E. Haan.

Honorable Colleen McMahon
November 12, 2020
Page 2

                                                                                  Respectfully submitted,

                                                                                   */s/ Ashley E. LaValley*

                                                                                   Ashley E. LaValley
                                                                                  *Attorney for Defendant-Counterclaim Plaintiff*
                                                                                   *Jedi Technologies, Inc.*

AEL\ck

cc :    All Counsel of Record (by ECF)