IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/21
```

PERRY STREET SOFTWARE, INC.,

    Plaintiff-Counterclaim Defendant,

v.

JEDI TECHNOLOGIES, INC.

    Defendant-Counterclaim Plaintiff.

Case No. 1:20-cv-04539 (CM)

**NOTICE OF DEFENDANT JEDI TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR JUDICIAL NOTICE OF PATENT PROSECUTION HISTORY**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum in Support of Its Unopposed Motion for Judicial Notice of Patent Prosecution History dated March 19, 2021, Defendant Jedi Technologies, Inc. ("Jedi"), by and through undersigned counsel, shall move this Court, before the Honorable Colleen McMahon, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order granting Jedi's motion for judicial notice of excerpts from the prosecution history of the patent-in-suit, U.S. Patent No. 10,164,918, which are provided as Exhibits 2-7 to the Declaration of Brian E. Haan in support of Jedi's *Opposition to Plaintiff's Alice Motion For Judgment On The Pleadings*. Dkt. Nos. 80-3 through 80-8. Defendant brings this motion for judicial notice pursuant to Federal Rule of Evidence 201 and applicable case law cited in its Memorandum.

MEMO ENDORSED

3/22/2021
Yes, of course. A court must take judicial notice of the prosecution history. Remove from open motion. (s/) C

1

Dated:  March 19, 2021                                 Respectfully submitted,



Brian E. Haan (*admitted pro hac vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*admitted pro hac vice*)
alavalley@leesheikh.com
Dragan Gjorgiev (*admitted pro hac vice*)
dgjorgiev@leesheikh.com

LEE SHEIKH MEGLEY & HAAN LLC
111 West Jackson Boulevard, Suite 2230
Chicago, IL 60604
312-982-0070

*Attorneys for Defendant, Jedi Technologies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2021 the foregoing:

**NOTICE OF DEFENDANT JEDI TECHNOLOGIES, INC.'S
UNOPPOSED MOTION FOR JUDICIAL NOTICE
OF PATENT PROSECUTION HISTORY**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

> Brett Charhon
> bcharon@ccrglaw.com
> Steven Callahan
> scallahan@ccrglaw.com
> Mitchell Sibley
> msibley@ccrglaw.com
> John Heuton
> jheuton@ccrglaw.com
> CHARHON CALLAHAN ROBSON & GARZA, PLLC
> 3333 Lee Parkway, Suite 460
> Dallas, Texas 75219
> Telephone: (469) 587-7265
> Telecopier: (214) 764-8392
>
> *Counsel for Plaintiff-Counterclaim Defendant
> Perry Street Software, Inc.*

*[signature: DGj]*

LEE SHEIKH MEGLEY & HAAN
*Counsel for Defendant-Counterclaim Plaintiff,
Jedi Technologies, Inc.*

3