**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
 PERRY STREET SOFTWARE, INC.,

                       Plaintiff,                          20 **CIVIL** 4539 (CM)

          -against-                                  **JUDGMENT**

JEDI TECHNOLOGIES, INC.

                       Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons

set forth in the Court's Order and Decision dated July 13, 2021, the Court concludes that the '918

patent's independent claims are directed towards the abstract idea of automated matchmaking and are

thus ineligible for patent protection under § 101. The claims also do not include any inventive

concept that otherwise transforms the claims into ones that are patent eligible. Perry Street's motion

for judgment on the pleadings is granted. The '918 patent is declared invalid, and Jedi's counterclaim

for patent infringement is dismissed; accordingly, this case is closed.


**Dated:** New York, New York
       July 13, 2021



                                   **RUBY J. KRAJICK**
                             _____
                                     **Clerk of Court**
             **BY:**
                                       **Deputy Clerk**